# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **VENITA WASHINGTON** | Case No. 1:16-cv-00351 |
| Plaintiff | Judge: Susan J. Dlott |
| -v- | **PLAINTIFF VENITA WASHINGTON'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| **NATIONSTAR MORTGAGE LLC, et al.** | |
| Defendants. | |

Plaintiff Venita Washington, through Counsel, hereby moves this Court for an order allowing her pursuant to Civ. R. 15(a)(2) to amend her Complaint filed on March 3rd, 2016. The reasons for Plaintiff's Motion are fully contained in the foregoing Memorandum in Support.

WHEREFORE Plaintiff Venita Washington respectfully requests this Court permit her leave to Amend her Complaint and for all other relief this Court may deem just and proper. A copy of the Amended Complaint is attached as Exhibit A to this Motion.

Respectfully Submitted,

/s/Brian D. Flick, Esq.
Brian D. Flick, Esq. 0081605
Marc E. Dann, Esq. 0039425
THE DANN LAW FIRM
PO Box 6031040
Cleveland, OH 44103
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com
*Co-Counsel for Plaintiff Venita Washington*

Peter Cozmyk (0078862)
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd. #200
Independence, OH 44131
(877) 570-4440
F: (216) 672-5261
**Email: pcozmyk@cozmyklaw.com**

**MEMORANDUM IN SUPPORT**

This matter is before the Court on Plaintiff Venita Washington's ("Plaintiff") Motion for Leave to Amend her Complaint filed on March 4th, 2016 against Defendant Nationstar Mortgage, LLC ("Defendant") pursuant to Civ. R. 15(a)(2).

As this Court is aware the Plaintiff obtained co-counsel as of October 24th, 2016. Co-Counsel has reviewed the original Complaint and Nationstar's Answer and Amended Answer and is concerned that the Plaintiff's initial pleadings set forth improper causes of action under Ohio law and do not fully allege the claims brought under RESPA. Prior to the filing of this Motion, Co-Counsel and the Defendant's Counsel have conferred over the Amended Complaint which included giving the Defendant and their Counsel a full 30 days to review the possible amendments. The Defendant, through Counsel, has completed their review and has indicated their opposition to the Amended Complaint. Despite any possible opposition, the Plaintiff wishes leave to amend her Complaint to remove improper causes of action and to clarify, with particularity, the claims she is asserting against the Defendant. The clarifications of the claims will do not prejudice the Defendant or their counsel in any way nor do they delay the administration of this case. The claims will assist both parties in on-going discovery, settlement discussions, and if necessary the prosecution of Plaintiff's claims.

WHEREFORE Plaintiff Venita Washington respectfully requests this Court permit her leave to Amend her Complaint and for all other relief this Court may deem just and proper. A copy of the Amended Complaint is attached as Exhibit A to this Motion.

Respectfully Submitted,

/s/Brian D. Flick, Esq.
Brian D. Flick, Esq. 0081605
Marc E. Dann, Esq. 0039425
THE DANN LAW FIRM
PO Box 6031040
Cleveland, OH 44103
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com
*Co-Counsel for Plaintiff Venita Washington*


Peter Cozmyk (0078862)
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd. #200
Independence, OH 44131
(877) 570-4440
F: (216) 672-5261
**Email: pcozmyk@cozmyklaw.com**

## CERITIFCATE OF SERVICE

I hereby certify on this 27th day of December, 2016, a copy of the foregoing was served upon all parties via electronic means pursuant to Local Rule.

/s/Brian D. Flick,, Esq.
Brian D. Flick, Esq.